[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Sept. 16, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-10618
Non-Argument Calendar

_____

D. C. Docket No. 07-00791-CV-4-VEH

JAMES EDWARD SPENCER,

                                                      Plaintiff-Appellant,

versus

TROY KING,
GOVERNOR BOB RILEY,
GENE MITCHELL,
CHARLES ANDREWS,
CHRISTOPHER MURPHY,
TED E. SEXON, et al.,

                                                      Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(September 16, 2009)

Before TJOFLAT, EDMONDSON and CARNES, Circuit Judges.

PER CURIAM:

James Edward Spencer, a <u>pro se</u> prisoner, appeals the district court's dismissal of his 42 U.S.C. § 1983 complaint for failure to state a claim upon which relief could be granted. Although we construe <u>pro se</u> filings liberally, Spencer's appeal gives us very little to work with. Even assuming that Spencer has sufficiently raised any issues, his arguments all lack merit. The district court's order adopted the magistrate judge well-reasoned report and recommendation that rejected Spencer's multitude of arguments. We affirm for the reasons stated in that report and recommendation.

**AFFIRMED.**